

**ORDERED in the Southern District of Florida on September 23, 2010.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT FLORIDA
Miami Division

In re:                                                                    Case No. 09-23201-BKC-RAM

PHOENIX WORLDWIDE INDUSTRIES,                 Chapter 11
INC.

     Debtor.
_____/

### ORDER SUSTAINING THE DEBTOR'S OBJECTION TO CLAIM #47 FILED BY MARTIN & ASSOCIATES, PLLC

This matter came before the Court on the Debtor's Objection to Claim #47 of Martin & Associates, PLLC (DE #261) (the "Objection") dated August 23, 2010, filed pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1. The Court having considered the Objection, being advised that no responses or requests for hearing on the Objection have been made by the Claimant, and based on the record, it is

**ORDERED** as follows:

1. The Debtor's Objection is **SUSTAINED**.

2. Claim #47 of the Martin & Associates, PLLC is hereby stricken and disallowed in its entirety.

3. This Order is without prejudice to the rights of the Debtor to move for additional relief in connection with this matter.

# # #

Submitted By:
Jeffrey Bast, Esq.
Dana Quick, Esq.
**BAST AMRON LLP**
*Counsel for the Debtor*
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com


Copies To:

Attorney Quick is directed to serve a conformed copy of this Order on all parties entitled to service and file a Certificate of Service with the Court.