

ORDERED in the Southern District of Florida on December 15, 2010.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                            Case No. 09-23201-BKC-RAM

PHOENIX WORLDWIDE INDUSTRIES,         Chapter 11
INC.,

      Debtor.
_____/

**AGREED ORDER (I) GRANTING MOTION TO RECONSIDER
ORDER SUSTAINING OBJECTION TO CLAIM #47; (II) VACATING
ORDER SUSTAINING OBJECTION TO CLAIM; (III) OVERRULING
OBJECTION TO CLAIM #47 OF MARTIN & ASSOCIATES, PLLC; AND
(IV) CANCELLING HEARING SET FOR DECEMBER 16, 2010**

This matter came before the Court upon the Motion to Reconsider Order Sustaining Objection to Claim # 47 (DE #343) (the "Motion"), filed by Creditor Martin & Associates. The Court, having reviewed the Motion, and noting that the parties are in agreement, it is

**ORDERED** as follows**:**

1. The Motion is **GRANTED**.

2. The Order Sustaining the Debtor's Objection to Claim #47 is **VACATED**.

3. The Objection to Claim #47 is **OVERRULED.**

4. Claim #47 of Martin & Associates PLLC is allowed in the full amount of $29,176.50, as a general unsecured debt.

5. The hearing scheduled on this matter for December 16, 2010, is hereby cancelled.

# # #

**Submitted By:**
Jeffrey P. Bast, Esq. (FBN 996343)
Dana R. Quick, Esq. (FBN 0074402)
BAST AMRON LLP
*Counsel for Debtor Phoenix Worldwide Industries, Inc.,*
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, Florida  33131
Telephone:  (305) 379-7904
Facsimile:   (305) 379-7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

**Copies provided to:**
Dana R. Quick, Esq.

*Attorney Quick is hereby directed to serve a conformed copy of the foregoing on all parties in interest and to file a Certificate of Service of same.*